| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) MILLER, GRAY H. | 2. Court or Organization U.S. DIST. COURT, SO. DIST. TX | 3. Date of Report 07/31/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type) ☐ Nomination   Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |
| 7. Chambers or Office Address BOB CASEY U. S. COURTHOUSE 515 RUSK AVE HOUSTON, TX 77002 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member of the Advisory Board | USS Cavalla Historical Foundation |
| 2. | Member of the Board | Federal Bar Association - Southern District of Texas |
| 3. | Member of the Advisory Board | National Alliance on Mental Illness (NAMI) of Greater Houston |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 07/31/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 07/31/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 07/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Everbank Bank Accounts | A | Interest | K | T | | | | | |
| 2. Amegy Bank Account | | None | J | T | | | | | |
| 3. Brokerage Account #1 (H) | | | | | | | | | |
| 4. - SFG Parent Inc | | None | K | T | | | | | |
| 5. - Specialty Foods Group Income T/U | | None | J | T | | | | | |
| 6. Brokerage Account #2 (H) | | | | | | | | | |
| 7. - Raymond James Bank Deposit Program - US Bank N.A. (formerly... | A | Interest | K | T | | | | | See Note in Part VIII |
| 8. - Hodges Small Cap Fund Retail Class | | None | | | Sold | 08/26/16 | J | | |
| 9. - Oakmark International Fund Class I | | None | | | Sold | 08/26/16 | J | | |
| 10. - Pear Tree Polaris Foreign Value SM Cap Ordinary Shrs | | None | | | Sold | 08/26/16 | J | | |
| 11. - T.Rowe Price Blue Chip Growth Fund | | None | | | Sold | 08/11/16 | K | A | |
| 12. - American International Growth & Income Fund Class F-2 | A | Dividend | | | Sold | 03/18/16 | J | | |
| 13. - Oppenheimer Global Fund Class Y | | None | | | Sold | 08/11/16 | J | | |
| 14. - American Funds Capital Income Builder Fund Class F2 | C | Dividend | M | T | | | | | |
| 15. - American Developing World Growth and Income Fund Class F2 | A | Dividend | J | T | Buy | 03/22/16 | J | | |
| 16. - Tax Exempt Bond Fund of America Class F2 | A | Dividend | K | T | Buy | 03/23/16 | K | | |
| 17. - American Funds Inflation Linked Bond Fund Class F2 | A | Dividend | J | T | Buy | 03/23/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 07/31/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA #1 (H) | | | | | | | | | |
| 19. - Raymond James Bank Deposit Program - Raymond James Bank (formerly.. | A | Interest | K | T | | | | | See Note in Part VIII |
| 20. - Raymond James Bank Deposit Program - PNC Bank N.A. | A | Interest | | | Open | 02/01/16 | J | | |
| 21. | | | | | Closed | 03/23/16 | N | | |
| 22. - New World Fund Class F2 - American Funds N/L | B | Dividend | M | T | Buy (add'l) | 08/26/16 | M | | |
| 23. | | | | | Sold (part) | 12/16/16 | L | | |
| 24. - Oakmark International Fund CL I | | None | | | Sold | 04/08/16 | L | | |
| 25. - Hodges Small Cap Fund Retail Class N/L | | None | | | Sold | 08/23/16 | L | | |
| 26. - Harbor Mid Cap Value FD Investor CL N/L | | None | | | Sold | 08/23/16 | L | | |
| 27. - T.Rowe Price Blue Chip Growth FD N/L | | None | | | Sold | 08/23/16 | M | B | |
| 28. - Pear Tree Polaris Foreign Value SM Cap ordinary Shrs N/L | | None | | | Sold | 02/16/16 | L | | |
| 29. - Wasatch International Opportunities FD Inv CL N/L | | None | | | Sold | 08/23/16 | M | D | |
| 30. - American International Growth & Income FD CL F-2 | A | Dividend | | | Sold | 03/18/16 | M | | |
| 31. - First Trust NYSE Arca Biotechnology Index FD | | None | | | Sold | 08/23/16 | L | | |
| 32. - First Trust Dow Jones Internet | | None | L | T | Sold (part) | 08/23/16 | L | D | |
| 33. | | | | | Sold (part) | 12/16/16 | J | A | |
| 34. - First Trust ETF II Consumer Discretionary Alphadex | A | Dividend | | | Sold (part) | 08/23/16 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 07/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 12/16/16 | L | A | |
| 36. - First Trust ETF II Consumer Staples Alphadex | B | Dividend | | | Sold (part) | 08/23/16 | L | D | |
| 37. | | | | | Sold | 12/16/16 | L | B | |
| 38. - First Trust Health Care Alphadex FD ETF | | None | | | Sold | 08/23/16 | L | | |
| 39. - First Trust ETF Alphadex FD II Germany Alphadex | | None | | | Sold | 01/19/16 | K | | |
| 40. - First TR ISE Chindia Index FD | | None | | | Sold | 01/19/16 | K | | |
| 41. - First Trust ETF Alphadex FD II Switzerland Alphadex | | None | | | Sold (part) | 01/19/16 | K | | |
| 42. | | | | | Sold | 01/27/16 | K | | |
| 43. - Powershares Dynamic Technology Sector Portfolio | | None | | | Sold | 02/16/16 | K | | |
| 44. - First Trust ETF Alphadex FD II United Kingdom Alphadex FD | | None | | | Sold (part) | 01/22/16 | K | | |
| 45. | | | | | Sold | 01/26/16 | K | | |
| 46. - Powershares ETF Dynamic Indls Sector Portfolio | | None | | | Sold | 01/19/16 | K | | |
| 47. - First Trust ETF Alphadex FD II Hong Kong Alphadex | | None | | | Sold | 03/01/16 | K | | |
| 48. - Powershares DWA Healthcare Momentum Portfolio | | None | | | Sold | 02/16/16 | K | | |
| 49. - Powershares DWA Consumer Cyclicals Momentum Portfolio | | None | | | Sold | 02/16/16 | K | | |
| 50. - American Developing World Growth and Income FD CL F2 | C | Dividend | M | T | Buy | 03/22/16 | M | | |
| 51. | | | | | Buy (add'l) | 08/26/16 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 07/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 12/16/16 | L | A | |
| 53. - Tax Exempt Bond Fund of America Class F2 - American Funds | A | Dividend | | | Buy | 03/23/16 | L | | |
| 54. | | | | | Sold | 08/23/16 | L | B | |
| 55. - American Mortgage Fund Class F2 - American Funds | A | Dividend | | | Buy | 03/23/16 | L | | |
| 56. | | | | | Sold | 08/23/16 | L | | |
| 57. - Lord Abbett Floating Rate Fund Class F | B | Dividend | | | Buy | 03/23/16 | L | | |
| 58. | | | | | Sold | 08/23/16 | L | B | |
| 59. - Lord Abbett Short Duration Income Fund Class F | B | Dividend | | | Buy | 03/23/16 | L | | |
| 60. | | | | | Sold | 08/23/16 | L | A | |
| 61. - American Funds Inflation Linked Bond Fund Class F2 | | None | | | Buy | 03/23/16 | L | | |
| 62. | | | | | Sold | 08/23/16 | L | B | |
| 63. - U.S. Government Securities Fund Class F2 - American Funds | A | Dividend | | | Buy | 03/23/16 | L | | |
| 64. | | | | | Sold | 08/23/16 | L | A | |
| 65. - Bond Fund of America Class F2 - American Funds | A | Dividend | | | Buy | 03/23/16 | L | | |
| 66. | | | | | Sold | 08/23/16 | L | B | |
| 67. - First Trust ETF II Energy Alphadex Fund Annual | A | Dividend | L | T | Buy | 08/26/16 | L | | |
| 68. | | | | | Sold (part) | 12/16/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 07/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - First Trust ETF II Utilities Alphadex Fund Annual | A | Dividend | | | Buy | 08/26/16 | L | | |
| 70. | | | | | Sold | 12/16/16 | L | A | |
| 71. - ETFS Prec Metal Basket Physical PM SHS | | None | | | Buy | 08/26/16 | L | | |
| 72. | | | | | Sold | 12/16/16 | L | | |
| 73. - ETFS Silver Trust Silver Shares | | None | | | Buy | 08/26/16 | L | | |
| 74. | | | | | Sold | 12/16/16 | L | | |
| 75. - American Mutual Fund Class F2 - American Funds | A | Dividend | | | Buy | 08/26/16 | M | | |
| 76. | | | | | Sold | 12/16/16 | M | B | |
| 77. - Europacific Growth Fund Class F2 - American Funds | | None | | | Buy | 08/26/16 | M | | |
| 78. | | | | | Sold | 12/16/16 | M | | |
| 79. - Allianzgi Global Water Fund Class P | A | Dividend | L | T | Buy | 08/26/16 | L | | |
| 80. | | | | | Buy (add'l) | 12/21/16 | J | | |
| 81. - MFS Mid Cap Value Fund Class I | C | Dividend | M | T | Buy | 08/26/16 | M | | |
| 82. | | | | | Buy (add'l) | 12/21/16 | L | | |
| 83. - Washington Mutual Investors Fund Class F2 - American Funds | A | Dividend | | | Buy | 08/26/16 | M | | |
| 84. | | | | | Sold | 12/16/16 | M | C | |
| 85. - MFS Value Fund Class I | C | Dividend | M | T | Buy | 08/26/16 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. | | | | | Buy (add'l) | 12/21/16 | L | | |
| 87. - Pimco Commodities Plus Strategy Fund Class P | | None | M | T | Buy | 12/19/16 | M | | |
| 88. - First TR NASDAQ100 Tech Index SHS | A | Dividend | L | T | Buy | 12/21/16 | L | | |
| 89. - First Trust ETF II Indls Prod Durable Alphadex Fund Annual | A | Dividend | L | T | Buy | 12/21/16 | L | | |
| 90. - Invesco Equally Weighted S & P 500 Fund Class Y | | None | O | T | Buy | 12/21/16 | O | | |
| 91. IRA #2 (H) | | | | | | | | | |
| 92. - Raymond James Bank Deposit Program - Raymond James Bank (formerly.. | A | Interest | J | T | | | | | See Note in Part VIII |
| 93. - New World Fund Class F2 - American Funds N/L | A | Dividend | J | T | Sold (part) | 08/24/16 | J | | |
| 94. | | | | | Sold (part) | 12/16/16 | J | | |
| 95. - Oakmark International Fund Class I | | None | | | Sold | 01/21/16 | J | | |
| 96. - Hodges Small Cap Fund Retail Class N/L | | None | | | Sold | 08/24/16 | J | | |
| 97. - Rydex S&P Pure Growth Fund Class H N/L | | None | | | Sold | 08/24/16 | J | A | |
| 98. - The Oakmark FD Class I N/L | | None | | | Sold | 02/16/16 | J | | |
| 99. - Wasatch International Opportunities FD Inv Class N/L | | None | | | Sold (part) | 08/11/16 | J | A | |
| 100. | | | | | Sold | 08/24/16 | J | A | |
| 101. - Pear Tree Polaris Foreign Value SM Cap Ordinary Shrs N/L | | None | | | Sold | 02/16/16 | J | | |
| 102. - American International Growth & Income FD Class F-2 N/L | A | Dividend | | | Sold | 03/18/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 07/31/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - American Developing World Growth and Income FD CL F2 | A | Dividend | J | T | Buy | 03/22/16 | J | | |
| 104. | | | | | Sold (part) | 08/24/16 | J | A | |
| 105. | | | | | Sold (part) | 12/16/16 | J | A | |
| 106.  - American Funds Inflation Linked Bond Fund Class F2 | | None | | | Buy | 03/23/16 | J | | |
| 107. | | | | | Sold | 08/24/16 | K | A | |
| 108.  - First Trust Dow Jones Internet | | None | J | T | Buy | 08/29/16 | J | | |
| 109.  - First Trust ETF II Consumer Discretionary Alphadex | A | Dividend | | | Buy | 08/29/16 | J | | |
| 110. | | | | | Sold | 12/16/16 | J | A | |
| 111.  - First Trust ETF II Consumer Staples Alphadex | A | Dividend | | | Buy | 08/29/16 | J | | |
| 112. | | | | | Sold | 12/16/16 | J | | |
| 113.  - First Trust ETF II Utilities Alphadex Fund Annual | A | Dividend | | | Buy | 08/29/16 | J | | |
| 114. | | | | | Sold | 12/16/16 | J | A | |
| 115.  - First Trust ETF II Energy Alphadex Fund Annual | A | Dividend | J | T | Buy | 08/29/16 | J | | |
| 116. | | | | | Sold (part) | 12/16/16 | J | A | |
| 117.  - ETFS Silver Trust Silver Shares | | None | | | Buy | 08/29/16 | J | | |
| 118. | | | | | Sold | 12/16/16 | J | | |
| 119.  - ETFS Prec Metal Basket Physical PM SHS | | None | | | Buy | 08/29/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 07/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 12/16/16 | J | | |
| 121. - Europacific Growth Fund Class F2 - American Funds | | None | | | Buy | 08/29/16 | J | | |
| 122. | | | | | Sold | 12/16/16 | J | | |
| 123. - American Mutual Fund Class F2 - American Funds | A | Dividend | | | Buy | 08/29/16 | J | | |
| 124. | | | | | Sold | 12/16/16 | J | A | |
| 125. - Allianzgi Global Water Fund Class P | A | Dividend | J | T | Buy | 08/29/16 | J | | |
| 126. | | | | | Buy (add'l) | 12/21/16 | J | | |
| 127. - MFS Mid Cap Value Fund Class I | A | Dividend | J | T | Buy | 08/29/16 | J | | |
| 128. | | | | | Buy (add'l) | 12/21/16 | J | | |
| 129. - MFS Value Fund Class I | A | Dividend | J | T | Buy | 08/29/16 | J | | |
| 130. | | | | | Buy (add'l) | 12/21/16 | J | | |
| 131. - Washington Mutual Investors Fund Class F2 - American Funds | A | Dividend | | | Buy | 08/29/16 | J | | |
| 132. | | | | | Sold | 12/16/16 | J | A | |
| 133. - Pimco Commodities Plus Strategy Fund Class P | | None | J | T | Buy | 12/19/16 | J | | |
| 134. - First TR NASDAQ100 Tech Index SHS | A | Dividend | J | T | Buy | 12/21/16 | J | | |
| 135. - First Trust ETF II Indls Prod Durable Alphadex Fund Annual | A | Dividend | J | T | Buy | 12/21/16 | J | | |
| 136. - Invesco Equally Weighted S & P 500 Fund Class Y | | None | K | T | Buy | 12/21/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 07/31/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, page 4 line 7 - Raymond James Bank Deposit Program - US Bank N.A. was formerly named Raymond James Bank Deposit Program - Regions Bank. The Raymond James Bank Deposit Program was switched from Regions Bank to US Bank N.A. in October 2016 so the description was renamed Raymond James Bank Deposit Program - US Bank N.A.

Part VII, page 5 line 19 - Raymond James Bank Deposit Program - Raymond James Bank was formerly named Raymond James Bank Deposit Program - Regions Bank. The Raymond James Bank Deposit Program was switched from Regions Bank to Raymond James Bank in August 2016 so the description was renamed Raymond James Bank Deposit Program - Raymond James Bank.

Part VII, page 9 line 92 - Raymond James Bank Deposit Program - Raymond James Bank was formerly named Raymond James Bank Deposit Program - Regions Bank. The Raymond James Bank Deposit Program was switched from Regions Bank to Raymond James Bank in August 2016 so the description was renamed Raymond James Bank Deposit Program - Raymond James Bank.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **GRAY H. MILLER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544